PHILLIP A. TALBERT
United States Attorney
EMILY SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Aug 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RICHARD ADRIAN ARELLANO-MENDOZA<br><br>              Defendant. | CASE NO. 2:23-MJ-0111 JDP<br><br>ORDER TO UNSEAL COMPLAINT |

Upon application of the United State of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and Affidavit in the above-captioned matter be unsealed.

Dated: August 17, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER